UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BROWN, SR., | ) | Case No. CV 19-2621-PSG (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LEAH TANNER, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss the Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the motion to dismiss is granted and the action is hereby dismissed with prejudice.

DATED: 5/21/2020.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\wendyhernandez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\MGVWFKS6\Brown CV 19-2621-PSG order accept RR.wpd