JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR., | Case No. CV 19-2621-PSG (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| LEAH TANNER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 5/21/2020 .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\wendyhernandez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\MGVWFKS6\Brown CV 19-2621-PSG Judgment.wpd